# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA ST. MARKS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C07-0057-JPD

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    This case is REVERSED and REMANDED for further administrative proceedings.

Dated this 13th day of August, 2007.

                                  BRUCE RIFKIN
                                    Clerk

                                  Deputy Clerk

07-CV-00057-JGM